**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                              Bankruptcy Case No.: 20–23195–CMB

Chapter: 13
Docket No.: 43 – 42
Conciliation Conference Date: 4/29/21 at 09:30 AM

**Jaime L. Jones**
**aka Jamie L. Chandler**
   Debtor(s)

### **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __17th__ day of __March__, __2021__, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

     U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

     All parties listed on the attached mailing matrix.

Executed on __March 17, 2021__          __/s/ Lauren M. Lamb__
                (Date)                                                  (Signature)

__Lauren M. Lamb, 707 Grant Street, Suite 2830, Pittsburgh, Pa 15219__
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 20-23195-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Mar 17 07:57:55 EDT 2021 | Acceptance Now<br>5501 Headquarters Drive<br>Plano, TX 75024-5837 | Acceptance Now<br>Attn: Bankruptcy<br>5501 Headquarters Drive<br>Plano, TX 75024-5837 |
| Acima Credit<br>9815 S Monroe St Fl 4<br>Sandy, UT 84070-4384 | Allied Collection Services<br>3080 S Durango Dr<br>Las Vegas, NV 89117-9194 | Allied Collection Services<br>Attn: Bankruptcy<br>3080 South Durango Drive Suite 208<br>Las Vegas, NV 89117-9194 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One NA<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One NA<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 |
| Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/The Home Depot<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | City Co Federal Credit<br>220 Grant St<br>Pittsburgh, PA 15219-2123 |
| City Co Federal Credit Union<br>c/o Weltman, Weinberg & Reis Co LPA<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131-1829 | Comenity Bank/Ashley Stewart<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Ashley Stewart<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>Pob 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Victoria Secret<br>Po Box 182789<br>Columbus, OH 43218-2789 | County of Allegheny<br>GRB Law<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| County of Allegheny<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh PA 15219-6101 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 | First National Bank<br>4140 E State St<br>Hermitage, PA 16148-3401 |
| First National Bank<br>Attn: Bankruptcy<br>3015 Glimcher Blvd.<br>Hermitage, PA 16148-3343 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | Jaime L. Jones<br>124 East Larkspur Street<br>Munhall, PA 15120-2206 |

| | | |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| Michael Ratchford<br>54 Glenmaura National Blvd.<br>Suite 104<br>Moosic, PA 18507-2161 | Maria Miksich<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Munhall Borough<br>c/o Legal Tax Service<br>714 Lebanon Road<br>West Mifflin, PA 15122-1030 |
| Munhall Sanitary Sewer Municipal Authority<br>c/o Legal Tax Service<br>714 Lebanon Road<br>West Mifflin, PA 15122-1030 | Navy FCU<br>820 Follin Lane<br>Vienna, VA 22180-4907 | Navy FCU<br>820 Follin Lane Se<br>Vienna, VA 22180-4907 |
| Navy FCU<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 | Navy Federal Credit Union<br>1 Security Place<br>Merrifield, VA 22116 | Navy Federal Credit Union<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Orion<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Peoples Natural Gas Company LLC<br>GRB Law<br>Frick Building<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6101 | Peoples Natural Gas Company LLC<br>c/o GRB Law<br>Frick Building, 437 Grant Street, 14th F<br>Pittsburgh, PA 15219-6002 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Select Portfolio Servicing, Inc<br>10401 Deerwood Park Blvd<br>Jacksonville, FL 32256-5007 |
| Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | Syncb/PPC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/PPC<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/TJX<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/TJX<br>Po Box 965015<br>Orlando, FL 32896-5015 |

| | | |
|---|---|---|
| UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Vend Lease Company, Inc<br>8100 SANDPIPER CIRCLE<br>SUITE 300<br>BALTIMORE, MD 21236-4992 | Vend Lease Company, Inc.<br>c/o Guy Matta - Vend Lease Company, Inc.<br>8100 Sandpiper Circle<br>Suite 300<br>Baltimore MD 21236-4992 |
| S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | Westlake Financial Services<br>4751 Wilshire Blvd.<br>Los Angeles, CA 90010-3847 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| M & T Bank<br>Attn: Bankruptcy<br>Po Box 844<br>Buffalo, NY 14240 | (d)M & T Bank<br>Po Box 900<br>Millsboro, DE 19966 | (d)M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (u)M&T BANK | End of Label Matrix<br>Mailable recipients    65<br>Bypassed recipients     2<br>Total                   67 |