**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | |
| ) | **Case No. 20-23195 CMB** |
| ) | |
| **Jaime L. Jones** ) | **Chapter 13** |
| ) | |
| **Debtor(s).** ) | Related to Doc. No. 55 |
| _____X | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]* **:**

❑    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by: Debtor in order to provide funding for increase in mortgage payment.

❑    a motion to lift stay
       as to creditor    _____

❑    Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

     Chapter 13 Plan dated January 18, 2021
       ☒ Amended Chapter 13 Plan dated March 12, 2021

is modified as follows:

**[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]**

☒    Debtor(s) Plan payments shall be changed from $4534.000 to $5592.00 effective November 2021.

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____
_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other:

1. M&T Bank is to be paid $1955.74 per month effective December 2021 as per the Notice of Mortgage Payment Change dated November 9, 2021.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 19th day of November, 2021

Dated: November 19, 2021

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

Stipulated by:

/s/ Lauren M. Lamb
Counsel to Debtor

Stipulated by:

/s/ Owen Katz
Counsel to Chapter 13 Trustee

cc:  All Parties in Interest to be served by Clerk

FILED
11/19/21 8:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23195-CMB |
| Jaime L. Jones | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 4 |
| Date Rcvd: Nov 19, 2021 | Form ID: pdf900 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaime L. Jones, 124 East Larkspur Street, Munhall, PA 15120-2206 |
| cr | + | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15310733 | + | City Co Federal Credit, 220 Grant St, Pittsburgh, PA 15219-2123 |
| 15335468 | + | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15310742 | ++ | FIRST NATIONAL BANK OF PENNSYLVANIA, ATTN JOSIE MOCKER, 4140 EAST STATE STREET, HERMITAGE PA 16148-3401 address filed with court:, First National Bank, 4140 E State St, Hermitage, PA 16148 |
| 15310743 | ++ | FIRST NATIONAL BANK OF PENNSYLVANIA, ATTN JOSIE MOCKER, 4140 EAST STATE STREET, HERMITAGE PA 16148-3401 address filed with court:, First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148 |
| 15310746 | + | Michael Ratchford, 54 Glenmaura National Blvd., Suite 104, Moosic, PA 18507-2161 |
| 15324071 | + | Munhall Borough, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15324070 | + | Munhall Sanitary Sewer Municipal Authority, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15319704 | + | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant Street, 14th F, Pittsburgh, PA 15219-6002 |
| 15310755 | + | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 15310756 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15326382 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 19 2021 23:31:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15310723 | + | Email/Text: bankruptcy@rentacenter.com | Nov 19 2021 23:28:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15310722 | + | Email/Text: bankruptcy@rentacenter.com | Nov 19 2021 23:28:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15310724 | + | Email/Text: bankruptcy@acimacredit.com | Nov 19 2021 23:28:00 | Acima Credit, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |
| 15310726 | + | Email/Text: banko@acsnv.com | Nov 19 2021 23:28:00 | Allied Collection Services, Attn: Bankruptcy, 3080 South Durango Drive Suite 208, Las Vegas, NV 89117-9194 |
| 15310725 | + | Email/Text: banko@acsnv.com | Nov 19 2021 23:28:00 | Allied Collection Services, 3080 S Durango Dr, Las Vegas, NV 89117-9194 |
| 15310728 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2021 23:31:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15310727 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2021 23:31:29 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15321906 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2021 23:31:15 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15310729 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| | | | |
|---|---|---|---|
| | | Nov 19 2021 23:31:15 | Capital One NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15310730 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2021 23:31:15 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15329338 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2021 23:45:35 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15310731 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2021 23:45:39 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15310732 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2021 23:45:39 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15326953 | + Email/Text: BKRMailOps@weltman.com | Nov 19 2021 23:28:00 | City Co Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| 15310734 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2021 23:28:00 | Comenity Bank/Ashley Stewart, Po Box 182789, Columbus, OH 43218-2789 |
| 15310735 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2021 23:28:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15310736 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2021 23:28:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15310738 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2021 23:28:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 15310741 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 19 2021 23:31:30 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15310740 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 19 2021 23:31:39 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15330245 | + Email/Text: kburkley@bernsteinlaw.com | Nov 19 2021 23:28:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15310742 | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 19 2021 23:28:00 | First National Bank, 4140 E State St, Hermitage, PA 16148 |
| 15310743 | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 19 2021 23:28:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148 |
| 15316977 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2021 23:45:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15310745 | Email/Text: camanagement@mtb.com | Nov 19 2021 23:28:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15310744 | Email/Text: camanagement@mtb.com | Nov 19 2021 23:28:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15319158 | Email/Text: camanagement@mtb.com | Nov 19 2021 23:28:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15310747 | + Email/Text: ext_ebn_inbox@navyfederal.org | Nov 19 2021 23:28:00 | Navy FCU, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 15310748 | + Email/Text: ext_ebn_inbox@navyfederal.org | Nov 19 2021 23:28:00 | Navy FCU, 820 Follin Lane, Vienna, VA 22180-4907 |
| 15310749 | + Email/Text: ext_ebn_inbox@navyfederal.org | Nov 19 2021 23:28:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 15310751 | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 19 2021 23:28:00 | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 15310753 | + Email/Text: ext_ebn_inbox@navyfederal.org | Nov 19 2021 23:28:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 15311394 | + Email/PDF: rmscedi@recoverycorp.com | Nov 19 2021 23:31:39 | Orion, c/o of PRA Receivables Management, LLC, |

Case 20-23195-CMB   Doc 57   Filed 11/21/21   Entered 11/22/21 00:28:46   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: dric | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 19, 2021 | Form ID: pdf900 | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 41021, Norfolk, VA 23541-1021 |
| 15331185 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2021 23:31:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15329337 | | Email/Text: bnc-quantum@quantum3group.com | Nov 19 2021 23:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15323746 | | Email/Text: bnc-quantum@quantum3group.com | Nov 19 2021 23:28:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15310757 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2021 23:31:38 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15310758 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2021 23:31:14 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15329637 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2021 23:31:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15310759 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2021 23:31:38 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15310760 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2021 23:31:15 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15337313 | + | Email/Text: gmatta@vendlease.net | Nov 19 2021 23:28:00 | Vend Lease Company Inc, 8100 SANDPIPER CIRCLE, SUITE 300, BALTIMORE, MD 21236-4992 |
| 15333858 | + | Email/Text: gmatta@vendlease.net | Nov 19 2021 23:28:00 | Vend Lease Company, Inc., c/o Guy Matta - Vend Lease Company, Inc., 8100 Sandpiper Circle, Suite 300, Baltimore MD 21236-4992 |
| 15310761 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 19 2021 23:28:00 | Westlake Financial Services, 4751 Wilshire Blvd., Los Angeles, CA 90010-3847 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15310737 | *+ | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15310739 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 15310750 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 15310752 | * | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 15310754 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2021        Signature:        /s/Joseph Speetjens

Case 20-23195-CMB  Doc 57  Filed 11/21/21  Entered 11/22/21 00:28:46  Desc Imaged
Certificate of Notice  Page 8 of 8

| District/off: 0315-2 | User: dric | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 19, 2021 | Form ID: pdf900 | Total Noticed: 57 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Jaime L. Jones julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor M&T BANK mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 8