IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jaime L. Jones, | ) | Case No.  20-23195-CMB |
| | ) | |
| Debtor | ) | |
| | ) | Chapter 13 |
| | ) | Related to Docket No. 58 - 59 |
| Lauren M. Lamb, Esquire and | ) | |
| Steidl & Steinberg, P.C. | ) | Hearing Date and Time: |
| Movants | ) | April 26, 2022 at 11:00 AM |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| Respondent | ) | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO WITHDRAW AS DEBTOR'S ATTORNEYS

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Withdraw as Debtor's Attorneys filed on March 3, 2022 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Withdraw as Debtor's Attorneys appears thereon.  Pursuant to the Notice of Hearing, objections for Motion to Withdraw as Debtor's Attorneys  were to be filed and served no later than March 21, 2022.

    It is hereby respectfully requested that the Order attached to the Motion to Withdraw as Debtor's Attorneys be entered by the Court.

Respectfully submitted,

March 22, 2021
Date:

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201