**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Jaime L. Jones<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–1554<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 13 11/12/20 |
| Case number: | 20–23195–CMB | Date case converted to chapter: | 7 4/20/22 |

Official Form 309B (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jaime L. Jones | |
| 2. | **All other names used in the last 8 years** | aka Jamie L. Chandler | |
| 3. | **Address** | 124 East Larkspur Street<br>Munhall, PA 15120 | |
| 4. | **Debtor's attorney**<br>Name and address | None | Contact phone _____________<br>Email: |
| 5. | **Bankruptcy trustee**<br>Name and address | Jeffrey J. Sikirica<br>121 Northbrook Drive<br>Pine Township<br>Gibsonia, PA 15044 | Contact phone 724–625–2566<br>Email: trusteesikirica@zoominternet.net |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 4/20/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 31, 2022 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/1/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/29/22**<br>**Filing deadline: 5/11/21** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-23195-CMB

Jaime L. Jones Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 4

Date Rcvd: Apr 20, 2022 Form ID: 309B Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaime L. Jones, 124 East Larkspur Street, Munhall, PA 15120-2206 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Jeffrey R. Hunt, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| aty | + | Maria Miksich, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | S. James Wallace, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| tr | + | Jeffrey J. Sikirica, 121 Northbrook Drive, Pine Township, Gibsonia, PA 15044-8983 |
| 15310733 | + | City Co Federal Credit, 220 Grant St, Pittsburgh, PA 15219-2123 |
| 15310746 | + | Michael Ratchford, 54 Glenmaura National Blvd., Suite 104, Moosic, PA 18507-2161 |
| 15324071 | + | Munhall Borough, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15324070 | + | Munhall Sanitary Sewer Municipal Authority, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15310755 | + | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 15310756 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15326382 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 21 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 21 2022 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Apr 20 2022 23:34:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 20 2022 23:34:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | EDI: RECOVERYCORP.COM | Apr 21 2022 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 20 2022 23:34:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15310723 | + | Email/Text: bankruptcy@rentacenter.com | | |

| | | | |
|---|---|---|---|
| | | Apr 20 2022 23:34:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15310722 | + Email/Text: bankruptcy@rentacenter.com | Apr 20 2022 23:34:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15310724 | + Email/Text: bankruptcy@acimacredit.com | Apr 20 2022 23:34:00 | Acima Credit, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |
| 15310726 | + Email/Text: banko@acsnv.com | Apr 20 2022 23:34:00 | Allied Collection Services, Attn: Bankruptcy, 3080 South Durango Drive Suite 208, Las Vegas, NV 89117-9194 |
| 15310725 | + Email/Text: banko@acsnv.com | Apr 20 2022 23:34:00 | Allied Collection Services, 3080 S Durango Dr, Las Vegas, NV 89117-9194 |
| 15310728 | + EDI: CAPITALONE.COM | Apr 21 2022 03:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15310727 | + EDI: CAPITALONE.COM | Apr 21 2022 03:38:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15321906 | EDI: CAPITALONE.COM | Apr 21 2022 03:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15310729 | + EDI: CAPITALONE.COM | Apr 21 2022 03:38:00 | Capital One NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15310730 | + EDI: CAPITALONE.COM | Apr 21 2022 03:38:00 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15329338 | EDI: CITICORP.COM | Apr 21 2022 03:38:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15310731 | + EDI: CITICORP.COM | Apr 21 2022 03:38:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15310732 | + EDI: CITICORP.COM | Apr 21 2022 03:38:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15326953 | + Email/Text: BKRMailOps@weltman.com | Apr 20 2022 23:34:00 | City Co Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| 15310734 | + EDI: WFNNB.COM | Apr 21 2022 03:38:00 | Comenity Bank/Ashley Stewart, Po Box 182789, Columbus, OH 43218-2789 |
| 15310735 | + EDI: WFNNB.COM | Apr 21 2022 03:38:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15310736 | + EDI: WFNNB.COM | Apr 21 2022 03:38:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15310738 | + EDI: WFNNB.COM | Apr 21 2022 03:38:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 15335468 | + Email/Text: ebnjts@grblaw.com | Apr 20 2022 23:34:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15310741 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 20 2022 23:39:18 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15310740 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 20 2022 23:39:18 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15330245 | + Email/Text: kburkley@bernsteinlaw.com | Apr 20 2022 23:34:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15310743 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 20 2022 23:34:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15310742 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 20 2022 23:34:00 | First National Bank, 4140 E State St, Hermitage, |

| | | | | |
|---|---|---|---|---|
| | | | | PA 16148-3401 |
| 15316977 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2022 23:39:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15310744 | | Email/Text: camanagement@mtb.com | Apr 20 2022 23:34:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15310745 | | Email/Text: camanagement@mtb.com | Apr 20 2022 23:34:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15319158 | | Email/Text: camanagement@mtb.com | Apr 20 2022 23:34:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15310747 | + | EDI: NFCU.COM | Apr 21 2022 03:38:00 | Navy FCU, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 15310748 | + | EDI: NFCU.COM | Apr 21 2022 03:38:00 | Navy FCU, 820 Follin Lane, Vienna, VA 22180-4907 |
| 15310749 | + | EDI: NFCU.COM | Apr 21 2022 03:38:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 15310751 | | EDI: NFCU.COM | Apr 21 2022 03:38:00 | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 15310753 | + | EDI: NFCU.COM | Apr 21 2022 03:38:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 15311394 | + | EDI: RECOVERYCORP.COM | Apr 21 2022 03:38:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15331185 | | EDI: PRA.COM | Apr 21 2022 03:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15319704 | + | Email/Text: ebnpeoples@grblaw.com | Apr 20 2022 23:34:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant Street, 14th F, Pittsburgh, PA 15219-6002 |
| 15329337 | | EDI: Q3G.COM | Apr 21 2022 03:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15323746 | | EDI: Q3G.COM | Apr 21 2022 03:38:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15310755 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 20 2022 23:34:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 15310756 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 20 2022 23:34:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15310757 | + | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15310758 | + | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15329637 | + | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15310759 | + | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15310760 | + | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15337313 | + | Email/Text: gmatta@vendlease.net | Apr 20 2022 23:34:00 | Vend Lease Company Inc, 8100 SANDPIPER CIRCLE, SUITE 300, BALTIMORE, MD 21236-4992 |
| 15333858 | + | Email/Text: gmatta@vendlease.net | Apr 20 2022 23:34:00 | Vend Lease Company, Inc., c/o Guy Matta - Vend Lease Company, Inc., 8100 Sandpiper Circle, Suite 300, Baltimore MD 21236-4992 |
| 15310761 | + | Email/Text: bankruptcynotice@westlakefinancial.com | | |

| | |
|---|---|
| Apr 20 2022 23:34:00 | Westlake Financial Services, 4751 Wilshire Blvd., Los Angeles, CA 90010-3847 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15310737 | *+ | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15310739 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 15310750 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 15310752 | * | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 15310754 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Jeffrey J. Sikirica | trusteesikirica@zoominternet.net PA59@ecfcbis.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor M&T BANK mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8