**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAIME L. JONES<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-23195<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/12/2020 and confirmed on 05/03/2021. The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 11,300.00 |
| Less Refunds to Debtor | 228.07 | |
| TOTAL AMOUNT OF PLAN FUND | | 11,071.93 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,359.28 | |
|    Trustee Fee | 318.80 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,678.08 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   M & T BANK | 0.00 | 9,058.61 | 0.00 | 9,058.61 |
|     Acct: 3114 | | | | |
|   SELECT PORTFOLIO SERVICING INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4595 | | | | |
|   M & T BANK | 16,479.70 | 0.00 | 0.00 | 0.00 |
|     Acct: 3114 | | | | |
|   MUNHALL SANITARY SEWER AUTHORITY | 4,067.48 | 0.00 | 0.00 | 0.00 |
|     Acct: 0117 | | | | |
|   MUNHALL SANITARY SEWER AUTHORITY | 297.11 | 0.00 | 0.00 | 0.00 |
|     Acct: 0117 | | | | |
|   MUNHALL BOROUGH (TRASH/SOLID WAS | 116.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3924 | | | | |
|   MUNHALL BOROUGH (TRASH/SOLID WAS | 41.73 | 0.00 | 0.00 | 0.00 |
|     Acct: 3924 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 228.93 | 0.00 | 0.00 | 0.00 |
|     Acct: E312 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 55.63 | 0.00 | 0.00 | 0.00 |
|     Acct: E312 | | | | |

| 20-23195 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | | |
| | FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6991 | | | | |
| | | | | | 9,058.61 |
| Priority | | | | | |
| | PRO SE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAIME L. JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAIME L. JONES | 228.07 | 228.07 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STEIDL & STEINBERG | 3,400.00 | 1,359.28 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STEIDL & STEINBERG | 2,000.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 335.24 | 0.00 | 335.24 |
| | Acct: 0278 | | | | |
| | | | | | 335.24 |
| Unsecured | | | | | |
| | ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4209 | | | | |
| | ALLIED COLLECTION SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9201 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,058.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 9588 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 2,073.74 | 0.00 | 0.00 | 0.00 |
| | Acct: 6363 | | | | |
| | CITIBANK NA** | 6,960.07 | 0.00 | 0.00 | 0.00 |
| | Acct: 3861 | | | | |
| | CITY CO FEDERAL CREDIT UNION* | 7,136.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 6322 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CF | 1,462.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4037 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CC | 601.82 | 0.00 | 0.00 | 0.00 |
| | Acct: 2773 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7727 | | | | |
| | LVNV FUNDING LLC | 2,924.76 | 0.00 | 0.00 | 0.00 |
| | Acct: 9883 | | | | |
| | NAVY FEDERAL CREDIT UNION* | 10,315.96 | 0.00 | 0.00 | 0.00 |
| | Acct: 4696 | | | | |
| | NAVY FEDERAL CREDIT UNION* | 3,281.42 | 0.00 | 0.00 | 0.00 |
| | Acct: 5752 | | | | |
| | PA AMERICAN WATER(*) AKA AMERICAN V | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 5,146.22 | 0.00 | 0.00 | 0.00 |
| | Acct: 1461 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 5,707.48 | 0.00 | 0.00 | 0.00 |
| | Acct: 4046 | | | | |
| | UPMC HEALTH SERVICES | 300.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1554 | | | | |
| | WESTLAKE FINANCIAL SERVICES(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2020 | | | | |
| | WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5380 | | | | |
| | LVNV FUNDING LLC | 5,420.71 | 0.00 | 0.00 | 0.00 |

| 20-23195 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

| | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Acct: 1520 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 2,360.34 | 0.00 | 0.00 | 0.00 |
| Acct: 8721 | | | | |
| DUQUESNE LIGHT COMPANY* | 5,393.95 | 0.00 | 0.00 | 0.00 |
| Acct: 4101 | | | | |
| DUQUESNE LIGHT COMPANY* | 451.04 | 0.00 | 0.00 | 0.00 |
| Acct: 0447 | | | | |
| VEND LEASE COMPANY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1554 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 1,498.53 | 0.00 | 0.00 | 0.00 |
| Acct: 6991 | | | | |
| ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ACIMA CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | | | 9,393.85 |
|---|---|---|---|---|

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 21,286.58 |
| UNSECURED | 62.092.82 |

Date: 04/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com