**Form 016**

**UNITED STATES BANKRUPTCY COURT**  89 – 88
**WESTERN DISTRICT OF PENNSYLVANIA**  gamr

In re:  Bankruptcy Case No.: 20−23195−CMB

Chapter: 7

**Jaime L. Jones**
**aka Jamie L. Chandler**
  Debtor(s)

## ORDER OF COURT

**AND NOW,** in Pittsburgh in said district this The 11th of July, 2022;

**IT IS HEREBY ORDERED** that the Debtor(s) and/or Counsel for the Debtor(s) shall appear on August 9, 2022 at 09:00 AM in https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191 **TO SHOW CAUSE WHY** the above−captioned case should not be **DISMISSED for Debtor(s) failure to attend scheduled Section 341 Meetings.**

Carlota M. Bhm
Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23195-CMB |
| Jaime L. Jones | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 11, 2022 | Form ID: 016 | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaime L. Jones, 124 East Larkspur Street, Munhall, PA 15120-2206 |
| 15310733 | + | City Co Federal Credit, 220 Grant St, Pittsburgh, PA 15219-2123 |
| 15310746 | + | Michael Ratchford, 54 Glenmaura National Blvd., Suite 104, Moosic, PA 18507-2161 |
| 15324071 | + | Munhall Borough, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15324070 | + | Munhall Sanitary Sewer Municipal Authority, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 12 2022 00:06:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 12 2022 00:12:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 12 2022 00:06:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15310723 | + | Email/Text: bankruptcy@rentacenter.com | Jul 12 2022 00:06:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15310722 | + | Email/Text: bankruptcy@rentacenter.com | Jul 12 2022 00:06:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15310724 | + | Email/Text: bankruptcy@acimacredit.com | Jul 12 2022 00:06:00 | Acima Credit, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |
| 15310726 | + | Email/Text: banko@acsnv.com | Jul 12 2022 00:06:00 | Allied Collection Services, Attn: Bankruptcy, 3080 South Durango Drive Suite 208, Las Vegas, NV 89117-9194 |
| 15310725 | + | Email/Text: banko@acsnv.com | Jul 12 2022 00:06:00 | Allied Collection Services, 3080 S Durango Dr, Las Vegas, NV 89117-9194 |
| 15475455 | + | Email/Text: documentfiling@lciinc.com | Jul 12 2022 00:06:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15310728 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2022 00:11:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15310727 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2022 00:12:14 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15321906 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2022 00:11:59 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15310729 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2022 00:11:59 | Capital One NA, Po Box 30281, Salt Lake City, UT 84130-0281 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 15310730 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2022 00:12:14 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15329338 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2022 00:22:36 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15310731 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2022 00:12:01 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15310732 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2022 00:22:42 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15326953 | + | Email/Text: BKRMailOps@weltman.com | Jul 12 2022 00:06:00 | City Co Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| 15310734 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 12 2022 00:06:00 | Comenity Bank/Ashley Stewart, Po Box 182789, Columbus, OH 43218-2789 |
| 15310735 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 12 2022 00:06:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15310736 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 12 2022 00:06:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15310738 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 12 2022 00:06:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 15335468 | + | Email/Text: ebnjts@grblaw.com | Jul 12 2022 00:06:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15310741 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 12 2022 00:12:29 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15310740 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 12 2022 00:12:00 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15330245 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 12 2022 00:06:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15310743 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 12 2022 00:06:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15310742 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 12 2022 00:06:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15316977 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2022 00:12:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15310745 | | Email/Text: camanagement@mtb.com | Jul 12 2022 00:06:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15310744 | | Email/Text: camanagement@mtb.com | Jul 12 2022 00:06:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15319158 | | Email/Text: camanagement@mtb.com | Jul 12 2022 00:06:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15310747 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 12 2022 00:06:00 | Navy FCU, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 15310748 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 12 2022 00:06:00 | Navy FCU, 820 Follin Lane, Vienna, VA 22180-4907 |
| 15310749 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 12 2022 00:06:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 15310751 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 12 2022 00:06:00 | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 15310753 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 12 2022 00:06:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

Case 20-23195-CMB   Doc 90   Filed 07/13/22   Entered 07/14/22 00:24:54   Desc Imaged
                              Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Jul 11, 2022 | Form ID: 016 | Total Noticed: 60 |

| Recip ID | | Notice method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15311394 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 12 2022 00:12:16 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15331185 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2022 00:12:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15319704 | + | Email/Text: ebnpeoples@grblaw.com | Jul 12 2022 00:06:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant Street, 14th F, Pittsburgh, PA 15219-6002 |
| 15329337 | | Email/Text: bnc-quantum@quantum3group.com | Jul 12 2022 00:06:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15323746 | | Email/Text: bnc-quantum@quantum3group.com | Jul 12 2022 00:06:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15310755 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 12 2022 00:06:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 15310756 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 12 2022 00:06:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15310757 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2022 00:12:14 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15310758 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2022 00:12:01 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15329637 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2022 00:12:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15310759 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2022 00:12:15 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15310760 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2022 00:12:28 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15477107 | | Email/PDF: ebn_ais@aisinfo.com | Jul 12 2022 00:12:17 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15326382 | ^ | MEBN | Jul 12 2022 00:05:43 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15482684 | ^ | MEBN | Jul 12 2022 00:05:37 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15337313 | + | Email/Text: gmatta@vendlease.net | Jul 12 2022 00:06:00 | Vend Lease Company Inc, 8100 SANDPIPER CIRCLE, SUITE 300, BALTIMORE, MD 21236-4992 |
| 15333858 | + | Email/Text: gmatta@vendlease.net | Jul 12 2022 00:06:00 | Vend Lease Company, Inc., c/o Guy Matta - Vend Lease Company, Inc., 8100 Sandpiper Circle, Suite 300, Baltimore MD 21236-4992 |
| 15310761 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jul 12 2022 00:06:00 | Westlake Financial Services, 4751 Wilshire Blvd., Los Angeles, CA 90010-3847 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | M&T BANK |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15310737 | *+ | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15310739 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 15310750 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

| | | |
|---|---|---|
| 15310752 | * | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 15310754 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Jeffrey J. Sikirica | trusteesikirica@zoominternet.net PA59@ecfcbis.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor M&T BANK mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 7