# PROCEEDING MEMO

Date: 07/19/2022 10:00 am

In re:    Jaime L. Jones

          Bankruptcy No. 20-23195-CMB
          Chapter: 7
          Doc. # 69

Appearances:  Wilford Clark - Son of Debtor - Executor of the Estate

Nature of Proceeding: #69 Continued Status Conference on Compliance with Conversion Order

Additional Pleadings:

Judge's Notes:

Outcome:  Hearing Held.  Debtor passed away.  Mr. Clark wants to Dismiss Case.


          Carlota Böhm
          Chief U.S. Bankruptcy Judge

FILED
7/19/22 11:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA