**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br><br>   JAIME L. JONES<br><br>   Debtor(s) | Case No. 20-23195CMB |

**CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT**

    Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/12/2020.

2) The plan was confirmed on 05/03/2021.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/20/2022.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $28,532.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,300.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $11,300.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,359.28 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $318.80 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,678.08

Attorney fees paid and disclosed by debtor:      $600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCEPTANCE NOW | Unsecured | 4,685.00 | NA | NA | 0.00 | 0.00 |
| ALLIED COLLECTION SVCS++ | Unsecured | 4,539.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 1,020.00 | 1,058.38 | 1,058.38 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 2,073.00 | 2,073.74 | 2,073.74 | 0.00 | 0.00 |
| CITIBANK NA** | Unsecured | 6,960.00 | 6,960.07 | 6,960.07 | 0.00 | 0.00 |
| CITY CO FEDERAL CREDIT UNION* | Unsecured | 7,223.00 | 7,136.40 | 7,136.40 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | NA | 228.93 | 228.93 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | NA | 55.63 | 55.63 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | NA | 5,393.95 | 5,393.95 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | NA | 451.04 | 451.04 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Unsecured | 0.00 | 1,498.53 | 1,498.53 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 29,073.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 5,420.71 | 5,420.71 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 2,825.00 | 2,924.76 | 2,924.76 | 0.00 | 0.00 |
| M & T BANK | Secured | 160,838.00 | 161,927.25 | 0.00 | 9,058.61 | 0.00 |
| M & T BANK | Secured | 0.00 | 16,479.70 | 16,479.70 | 0.00 | 0.00 |
| MUNHALL BOROUGH (TRASH/SOLID | Secured | NA | 116.00 | 116.00 | 0.00 | 0.00 |
| MUNHALL BOROUGH (TRASH/SOLID | Secured | NA | 41.73 | 41.73 | 0.00 | 0.00 |
| MUNHALL SANITARY SEWER AUTHC | Secured | 2,652.00 | 4,067.48 | 4,067.48 | 0.00 | 0.00 |
| MUNHALL SANITARY SEWER AUTHC | Secured | 0.00 | 279.11 | 297.11 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION* | Unsecured | 10,315.00 | 10,315.96 | 10,315.96 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION* | Unsecured | 3,265.00 | 3,281.42 | 3,281.42 | 0.00 | 0.00 |
| PA AMERICAN WATER(*) AKA AMERI | Unsecured | 2,800.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | NA | 2,360.34 | 2,360.34 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Priority | NA | NA | NA | 335.24 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 5,672.00 | 5,707.48 | 5,707.48 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FO | Unsecured | 499.00 | 601.82 | 601.82 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FO | Unsecured | 1,462.00 | 1,462.00 | 1,462.00 | 0.00 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLE | Priority | NA | 0.00 | 228.07 | 228.07 | 0.00 |
| SELECT PORTFOLIO SERVICING INC( | Secured | 80,814.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SYNCHRONY BANK | Unsecured | 5,146.00 | 5,146.22 | 5,146.22 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 100.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| VEND LEASE COMPANY INC | Unsecured | NA | 2,681.28 | 0.00 | 0.00 | 0.00 |
| WESTLAKE FINANCIAL SERVICES(*) | Unsecured | 5,923.56 | NA | NA | 0.00 | 0.00 |
| WILKINSBURG-PENN JT WATER AUTH | Unsecured | 441.07 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $0.00 | $9,058.61 | $0.00 |
| Mortgage Arrearage | $16,479.70 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $4,806.88 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,286.58** | **$9,058.61** | **$0.00** |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $228.07 | $563.31 | $0.00 |
| **TOTAL PRIORITY:** | **$228.07** | **$563.31** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$62,092.82** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,678.08 |
| Disbursements to Creditors | $9,621.92 |
| **TOTAL DISBURSEMENTS :** | **$11,300.00** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/16/2022     By: /s/ Ronda J. Winnecour
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**